PROB 12C
(7/93)

Report Date: August 14, 2008

# United States District Court

## for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 1 9 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Belisario Ponce-Hernandez          Case Number: 2:03CR02142-001

Address of Offender: U.S. Marshal Custody, Southern District of California

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 12/16/2003

| | | |
|---|---|---|
| Original Offense: | Alien in the United States After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 27 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Gregory M. Shogren | Date Supervision Commenced: 8/23/2005 |
| Defense Attorney: | Jerry D. Talbott | Date Supervision Expires: 8/22/2008 |

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1

**Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: It is alleged that on August 11, 2008, at San Ysidro, California Port of Entry, the offender committed the offense of attempting to enter the United States after deportation.

According to information received from the Southern District of California, on August 11, 2008, the offender and two other individuals presented border crosser documents at the San Ysidro, California Port of Entry determined to be not lawfully issued to them. The offender was detained and identified through fingerprints.

The offender has been charged with attempting to enter the Unitied States after deportation in the Southern District of California docket number 08 MJ 2496.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
Re: Ponce-Hernandez, Belisario
August 14, 2008
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

Kevin J. Crawford
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

8/19/08
Date

RECEIVED
DISTRICT JUDGE

AUG 1 8 2008

U.S. DISTRICT COURT
WM. FREMMING NIELSEN